Application not considered, not having been timely filed.

206 So.2d 96

Allen J. FUSELIER

v.

TROPHY NUT COMPANY et al.

No. 49059.

Feb. 2, 1968.

Writ refused. On the facts found by the Court of Appeal the result is correct.